*McCreary* for petitioner. *T. Grady Head,* Attorney General of Georgia, *Victor Davidson, R. A. McGraw,* Assistant Attorneys General, and *Mr. Charles H. Garrett* for respondent.

No. 963. BISSELL *v.* AMRINE, WARDEN. April 9, 1945. Petition for writ of certiorari to the Supreme Court of Kansas denied.

No. 981. HAMMERSMITH *v.* NEW YORK. April 9, 1945. Petition for writ of certiorari to the Supreme Court of New York denied.

No. 989. MORTON *v.* UNITED STATES. April 9, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Charles W. Arth* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 990. LESSER *v.* NEW YORK. April 9, 1945. Petition for writ of certiorari to the Supreme Court of New York denied.

No. 991. LOCKE *v.* ILLINOIS. April 9, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 992. BRANER *v.* ILLINOIS. April 9, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.